IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MONTSERRAT CONTRERAS VALENCIA, | § | NO. 1:26-CV-01676-DAE |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | § | |
| | § | |
| *Defendants*. | § | |

ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. (Dkt. # 7.) The filing informs the Court that the parties agree to voluntarily dismiss this action without prejudice because the relief sought in this mandamus action has been rendered moot. (Id.) Pursuant to the filing, the Court hereby **ORDERS** that the case be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and fees. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 11, 2026.

David Alan Ezra
Senior United States District Judge